IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CONNIE FAUST,[1] | § | |
| | § | No. 220, 2020 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Family Court |
| | § | of the State of Delaware |
| BRAD FAUST, | § | |
| | § | File No. CN17-04510 |
| Petitioner Below, | § | Petition No. 17-23293 |
| Appellee. | § | |
| | § | |
| | § | |

Submitted: January 27, 2021
Decided: February 8, 2021

**<u>ORDER</u>**

It appears to the Court that, on January 12, 2021, the Clerk of the Court issued a notice, sent by certified mail, to the appellant, Connie Faust, to show cause why her appeal should not be dismissed for her failure to file an opening brief and appendix. The United States Postal Service tracking information sheet indicates that the notice was delivered to an individual at Faust's address on January 16, 2021. A timely response to the notice to show cause was due on or before January 26, 2021. To date, Faust has not responded to the notice to show cause, nor has she filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice